# United States District Court
# For The Western District of North Carolina
# Asheville Division

VINSON S. HILL,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                           1:11-cv-018-RJC

DUANE TERRELL, et al.,

        Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 03/02/2012 Order.

                                                Signed: March 2, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court